## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RAUL ANGEL GUTIERREZ,   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | **No. CIV-26-602-J** |
| ) | |
| UNKNOWN OFFICERS,   ) | |
| ) | |
| **Defendants.**   ) | |

## REPORT AND RECOMMENDATION

Plaintiff, a federal inmate appearing pro se, filed a complaint seeking relief under *Bivens*[1]. Doc. 1.[2] United States District Judge Bernard M. Jones, II referred the matter to the undersigned Magistrate Judge for proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). *See* Doc. 5.

Plaintiff has moved to voluntarily dismiss his action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Doc. 8. No Defendants have been served in this action. Fed. R. Civ. P. 41(a)(2) allows an action to be dismissed at the Plaintiff's request, "on terms that the [C]ourt considers proper."

### I.      Recommendation and notice of right to object.

---

[1]     *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

[2]     Citations to a court document are to its electronic case filing designation and pagination. Except for capitalization, quotations are verbatim unless otherwise indicated.

The undersigned recommends the Court grant Plaintiff's motion for voluntary dismissal, Doc. 8. The case should be dismissed without prejudice. *Id.*[3]

Plaintiff is advised of his right to file an objection to this Report and Recommendation with the Clerk of Court **on or before May 28, 2026**, under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Plaintiff is further advised that the failure to file a timely objection to this Report and Recommendation waives the right to appellate review of both the factual and legal issues contained herein. *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in the captioned matter.

**ENTERED** this 7th day of May, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

---

[3]    The Court's adoption of this Report and Recommendation will render moot Plaintiff's pending in forma pauperis application, Doc. 3.