**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

RAUL ANGEL GUTIERREZ,                    )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )        Case No. CIV-26-602-J
                                         )
UNKNOWN OFFICERS,                        )
                                         )
            Defendants.                  )

## ORDER

Plaintiff, a federal inmate proceeding pro se, filed a Complaint under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Thereafter, Plaintiff moved to voluntarily dismiss the case. [Doc. No. 8]. Judge Mitchell issued a Report and Recommendation recommending that Plaintiff's motion be granted [Doc. No. 9] and he did not object, thus waiving his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 9], GRANTS Plaintiff's motion to dismiss [Doc. No. 8], and DISMISSESS the case without prejudice. Plaintiff's pending motion to proceed in forma pauperis [Doc. No. 3] is DENIED as MOOT.

IT IS SO ORDERED this 10th day of June, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE